# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| SHAWN PATTERSON AND LORI PATTERSON, | : No. 670 MAL 2019 |
| | : |
| Petitioners | : Petition for Allowance of Appeal |
| | : from the Order of the Superior Court |
| v. | : |
| | : |
| ARMSTRONG WORLD INDUSTRIES, INC., BRENNTAG NORTHEAST, INC., BARLEY SNYDER, LLP AND ALAN J. HAY, M.D., | : |
| | : |
| Respondents | : |

## ORDER

**PER CURIAM**

**AND NOW**, this 4th day of May, 2020, the Petition for Allowance of Appeal is **DENIED**.